# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN WHITAKER,**<br><br>        Plaintiff,<br><br>    v.<br><br>**TONG & TUNG PROPERTIES, LLC ET AL.,**<br><br>        Defendants. | Case No. 4:21-cv-03128-YGR<br><br>**ORDER DENYING PLAINTIFF'S APPLICATION FOR ORDER AUTHORIZING SERVICE BY DELIVERY BY HAND TO THE CALIFORNIA SECRETARY OF STATE**<br><br>Re: Dkt. No. 10 |

On September 28, 2021, Plaintiff filed an application for a court order authorizing service to defendant Tong & Tung Properties, LLC by hand delivery to the California Secretary of State pursuant to California Corporations Code Section 1702 and California Code of Civil Procedure Section 416.10(d). (Dkt. No. 10.) Plaintiff's request is **DENIED** without prejudice. This is a federal case; thus, federal procedural law applies. Plaintiff may refile his request pursuant to federal procedural law.

**IT IS SO ORDERED.**

Dated: October 5, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**