| | |
|---|---|
| CENTER FOR DISABILITY ACCESS<br>Prathima R. Price, Esq., SBN 321378<br>Naomi Butler, Esq., SBN 332664<br>100 Pine St., Ste 1250<br>San Francisco, CA 94111<br>Phone: (858) 375-7385<br>Fax: (888) 422-5191 fax<br>Email: naomib@potterhandy.com<br><br>Attorneys for Plaintiff<br><br>ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP<br>Jennifer C. Shakouri, Esq., SBN 252373<br>865 South Figueroa Street, Suite 2800<br>Los Angeles, California 90017-2543<br>Phone: (213) 622-5555<br>Fax: (213) 620-8816<br>E-Mail: jshakouri@allenmatkins.com<br><br>Attorneys for Defendant<br>TONG & TUNG PROPERTIES, LLC | LAW OFFICE OF JASON G. GONG<br>Jason G. Gong, Esq., SBN 181298<br>2121 N. California Blvd., Suite 290,<br>Walnut Creek, CA 94596<br>Phone: 925-735-3800<br>Fax: 925-735-3801<br>Email: jgong@gonglawfirm.com<br><br>Attorneys for Defendant<br>ENA NORTH BEACH, INC., a California Corporation |

**GRANTED**
*Judge Yvonne Gonzalez Rogers*
11/14/2022

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>TONG & TUNG PROPERTIES, LLC, a Delaware Limited Liability Company; ENA NORTH BEACH, INC., a California Corporation,<br><br>    Defendants. | Case: 4:21-cv-03128-YGR<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL [Fed. R. Civ. P. 41(a)(1)(A)(ii)]** |

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that Plaintiff's Americans with Disabilities Act claim may be dismissed, with

prejudice. The parties further stipulate that Plaintiff's Unruh Civil Rights Act claim may be dismissed, without prejudice; each party to bear his/her/its own attorneys' fees and costs.

Dated: November 8, 2022          CENTER FOR DISABILITY ACCESS

                                 By: /s/ Naomi Butler
                                 Naomi Butler, Esq.
                                 Attorney for Plaintiff

Dated: November 8, 2022          ALLEN MATKINS LECK GAMBLE
                                 MALLORY & NATSIS LLP

                                 By: /s/ Jennifer C. Shakouri
                                 Jennifer C. Shakouri, Esq.
                                 Attorney for Defendant TONG & TUNG
                                 PROPERTIES, LLC, a Delaware Limited
                                 Liability Company

Dated: November 8, 2022          LAW OFFICE OF JASON G. GONG

                                 By: /s/ Jason G. Gong
                                 Jason G. Gong, Esq.
                                 Attorney for Defendant ENA NORTH BEACH,
                                 INC., a California Corporation